IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA                  :

                                          :        10-M- 2009

                   -v-                    :

MICHAEL SCHNABEL

                   Defendant              :

_____

I N F O R M A T I O N
(Misdemeanor)
(Title 21, U.S.C. § 844(a))


COUNT I

    The United States Attorney Charges That:

    On or about December 20, 2005, in Buffalo, New York, in the

Western District of new York, the defendant, MICHAEL SCHNABEL,

knowingly, intentionally and unlawfully possess a quantity of a

marijuana, a Schedule I controlled substance; all in violation of

Title 21, United States Code, Section 844(a).

    DATED:   Buffalo, New York, February 4th, 2010.


                         KATHLEEN M. MEHLTRETTER
                         United States Attorney


              By: _____
                         MICHAEL DIGIACOMO
                         Assistant United States Attorney
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York 14202
                         716-843-5700, ext. 885
                         michael.digiacomo@usdoj.gov